```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JEFFREY A. SPIVAK
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000

 5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 1:22-po-00190-SAB |
| --- | --- |
| Plaintiff, | 1:22-po-00047-SAB |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| DARRELL PRETZER, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, consistent with the plea agreement entered into in United States v. Darrell Pretzer, Case #1:23-po-00031-SAB, moves to dismiss this case in case in the interest of justice without prejudice, and, if appropriate, to recall any warrants issued in this case.

DATED: March 20, 2023           Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                              By:    /s/ Jeffrey A. Spivak
                                    JEFFREY A. SPIVAK
                                    Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice. The warrant in this case is hereby RECALLED.

IT IS SO ORDERED.

Dated:   **March 20, 2023**

UNITED STATES MAGISTRATE JUDGE